**Order entered July 2, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00048-CV

### ERNESTINA GARCIA, Appellant

### V.

### RACHEL RUCKER, RICKY AVINA, AND DESTINY RUCKER, Appellees

On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-19-11929-D

## ORDER

By letter dated May 11, 2021, we notified appellant her brief failed to comply with rule 38 of the Texas Rules of Appellate Procedure and directed her to file an amended brief that complied with rule 38 within ten days. To date, appellant has not filed an amended brief.

Accordingly, we **ORDER** the appeal submitted on appellant's May 3, 2021 brief. Appellees' brief shall be filed within **THIRTY DAYS** of the date

of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE